

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY MACHKOVSKY,

          Plaintiff,

    v.

OBALON THERAPEUTICS, INC.,
ANDREW RASDAL, KIM KAMDAR,
RAYMOND DITTAMORE, DOUGLAS
FISHER, LES HOWE, SHARON
STEVENSON, and WILLIAM PLOVANIC,

          Defendants.

Case No.: 1:21-cv-03160-VEC

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against

Defendants as moot. This notice of dismissal is being filed with the Court before service by

Defendants of either an answer or a motion for summary judgment.

Dated: June 3, 2021

Respectfully submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com

*Attorneys for Plaintiff*

The Clerk of Court is respectfully
directed to terminate all open motions
and to close this case.

SO ORDERED.

6/4/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE